IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ZARATE MORAN,                              No. CIV S-06-2247-GEB-CMK-P

      Petitioner,

  vs.                                                            ORDER

JAMES TILTON, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 8), filed on December 11, 2006. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. As with the original petition, because petitioner has not named the appropriate state officer, the amended petition must be dismissed with leave to amend to name the correct respondent. See Stanley, 21 F.3d at 360. Petitioner must name the warden of the prison where he is currently confined. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-

1

110.

       Accordingly, IT IS HEREBY ORDERED that:

    1.    Petitioner's amended petition for writ of habeas corpus is dismissed with leave to amend;

    2.    Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent – <u>the warden of the prison where he is currently confined</u> – and states all claims and requests for relief, within 30 days of the date of this order; and

    3.    The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: January 18, 2007.

                                                      /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE