IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ZARATE MORAN,                              No. CIV S-06-2247-GEB-CMK-P

    Petitioner,

  vs.                                                          ORDER

JAMES TILTON, et al.,

    Respondents.

                              /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion to transfer this action to the United States District Court for the Central District of California (Doc. 13).  Petitioner has not filed an opposition to the motion.

        The application attacks a conviction issued by the San Bernardino County Superior Court.  While both this court and the United States District Court for the Central District of California have concurrent jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the Central District, see id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. Respondents' motion to transfer is granted; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: May 23, 2007.

*(signature)*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE